Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| JOANN GARCIA TREFCER, | CASE NO. 2:11-CV-1436-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the stipulation of the parties showing good cause for an extension of Plaintiff's second request for extension of time to respond to Defendant's Answer, the request is hereby APPROVED.

Plaintiff shall file her response (motion for summary judgment) on or before February 17, 2012.

SO ORDERED.

DATED: January 19, 2012

                                                 /s/ Gregory G. Hollows
                                                 UNITED STATES MAGISTRATE JUDGE