1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
       160 Spear Street, Suite 800
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12
13                         **SACRAMENTO DIVISION**
14  JOANN GARCIA TREFCER,           )     CIVIL NO.: 2:11-cv-01436-GGH
                                    )
15         Plaintiff,                )     STIPULATION AND ORDER TO EXTEND
                                    )     TIME
16                                   )
            v.                       )
17                                   )
    MICHAEL J. ASTRUE,              )
18  Commissioner of                 )
    Social Security,                )
19                                   )
20         Defendant.                )
    _____)
21
22
23      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that Defendant shall have a first extension of time to respond to Plaintiff's Petition for Attorney

25  Fees.  Defense Counsel needs the additional time to further review the case and prepare a response in

26  this matter.  The current due date is October 24, 2012.  The new due date will be November 26, 2012.

27
28

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: October 22, 2012        /s/ *Ann M. Cerney*
(As authorized via e-mail on 10/22/12)
ANN M. CERNEY
Attorney for Plaintiff

Dated: October 22, 2012        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: October 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Trefcer.eot.wpd