1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
       160 Spear Street, Suite 800
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12                              **SACRAMENTO DIVISION**

13

14 | JOANN GARCIA TREFCER,           )   CIVIL NO.: 2:11-cv-01436-GGH
                                     )
15 |    Plaintiff,                   )   STIPULATION AND ORDER TO EXTEND
                                     )   TIME
16 |                                 )
            v.                       )
17 |                                 )
   | MICHAEL J. ASTRUE,              )
18 | Commissioner of                 )
   | Social Security,                )
19 |                                 )
                                     )
20 |    Defendant.                   )
   | _____  )
21

22
           IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
23
   record, that Defendant shall have a first extension of time to respond to Plaintiff's Petition for Attorney
24
   Fees.  Defense Counsel needs the additional time to further review the case and prepare a response in
25
   this matter.  The current due date is October 24, 2012.  The new due date will be November 26, 2012.
26

27

28

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                      Respectfully submitted,

Dated: October 22, 2012          /s/ *Ann M. Cerney*
                                      (As authorized via e-mail on 10/22/12)
                                      ANN M. CERNEY
                                      Attorney for Plaintiff

Dated: October 22, 2012          BENJAMIN B. WAGNER
                                      United States Attorney
                                      DONNA L. CALVERT
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                              By:    */s/ Lynn M. Harada*
                                      LYNN M. HARADA
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: October 23, 2012

                              /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

Trefcer.eot.wpd